UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nilka Minaya Estrella,<br><br>*Plaintiff*,<br><br>-against-<br><br>Commissioner of Social Security,<br><br>*Defendant*,<br><br>Social Security Administration,<br><br>*Interested Party*. | 24 Civ. 7087 (DEH)<br><br>CONSENT ORDER |

DALE E. HO, United States District Judge:

    To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby **ORDERED** that the parties must discuss whether they are willing to consent under 28 U.S.C. § 636(c) to conduct all further proceedings before the assigned Magistrate Judge.

    If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, by **October 7, 2024,** file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form—a copy of which is attached to this order.[1] If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

---

[1] The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is also available online at: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter by **October 7, 2024,** advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                             DALE E. HO
                                 United States District Judge