**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
  NILKA M.E.,

                             Plaintiff,                        24 **CIVIL** 7087 (GRJ)

        -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated September 2, 2025, Plaintiff's Motion for

Judgment on the Pleadings (Docket No. 17) is GRANTED and this case is REMANDED for

further administrative proceedings consistent with the Decision and Order. Final judgment is

entered in favor of the Plaintiff.

**Dated:**  New York, New York

          September 2, 2025

                                          **TAMMI M. HELLWIG**

                                    _____

                                       **Clerk of Court**

                       **BY:**         *K. mango*

                                       _____

                                        **Deputy Clerk**